198 F.2d 528
 91 U.S.App.D.C. 417
 James W. SPRADING, Appellant,
v.
UNITED STATES of America, Appellee.
 No. 11340.
 United States Court of Appeals District of Columbia Circuit.
 Argued June 10, 1952
Decided June 26, 1952.
Writ of Certiorari Denied Oct. 20, 1952.
See 73 S.Ct. 100.
 
 Samuel Green, Washington, D.C., appointed by the District Court, for appellant.
 Lewis A. Carroll, Asst. U.S. Att., Washington, D.C., with whom Charles M. Irelan, U.S. Atty., Joseph M. Howard and Thomas A. Flannery, Asst. U.S. Attys., Washington, D.C., were on the brieffo6 appellee.
 Before EDGERTON, FAHY, and WASHINGTON, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment is affirmed on the authority of Holloway v. United States 80 U.S.App.D.C. 3, 148 F.2d 665.
 
 
 2
 Affirmed.